IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William and Cynthia Will, | ) | No. CV-11-02086-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Portfolio Recovery Associates, LLC, et al., | ) | |
| Defendants. | ) | |

The Court having reviewed the Plaintiffs' Notice of Dismissal (Doc. 10) filed on December 1, 2011, and good cause appearing,

IT IS ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice.

DATED this 2nd day of December, 2011.

Neil V. Wake
United States District Judge